**No. 10-26. Michael R. Wood, Petitioner v. Superior Court of California, San Joaquin County, et al.**

562 U.S. 890, 131 S. Ct. 244, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 6698.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-27. Robert Melancon, Petitioner v. Kelly Ward, Warden.**

562 U.S. 890, 131 S. Ct. 244, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 6792.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 512.

**No. 10-29. Hakeem Curry, Petitioner v. United States.**

562 U.S. 890, 131 S. Ct. 244, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 6744.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 176.

**No. 10-30. Jane Doe, By and Through Her Guardians, Gregory Johnson, et ux., et al., Petitioners v. South Carolina Department of Social Services, et al.**

562 U.S. 890, 131 S. Ct. 392, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 6646.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 597 F.3d 163.

**No. 10-32. Barry Ceminchuk, Petitioner v. Barack H. Obama, President of the United States.**

562 U.S. 890, 131 S. Ct. 245, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 7043,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-35. Central Florida Investments, Inc., et al., Petitioners v. Dawn Georgette Myers.**

562 U.S. 890, 131 S. Ct. 392, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 6804.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 592 F.3d 1201.